# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2008

Clifford W. Taylor,
Chief Justice

130869

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VENUS FLEMISTER, Personal
Representative of the Estate of
Ray Flemister, Deceased,
                 Plaintiff-Appellee,

v

                 SC: 130869
                 COA: 266223
                 Wayne CC: 04-409314-NH

TRAVELING MEDICAL
SERVICES, P.C. and GARY G.
ERRIGO, D.C., PA-C,
                 Defendants-Appellants,

and

ARNOLD HOME, INC., DR. MARVIN
TRIMAS, DR. GODOFREDO C.
SANTIAGO, DR. DANIEL REDDY,
DR. BHAMINI SUDHIR, and
SINAI-GRACE HOSPITAL,
                 Defendants.
_____/

      By order of October 17, 2007, the application for leave to appeal the February 23, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

                 Clerk

l0519